IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02176-MSK-BNB

PATRICIA SALAZAR,

    Plaintiff,

v.

DEPUY ORTHOPAEDICS, INC., an Indiana corporation;
JOHNSON & JOHNSON SERVICES, INC., a New Jersey corporation;
THOMAS P. SCHMALZRIED, M.D., a California corporation; and Does 1-100, inclusive,

    Defendants.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. In particular, the undersigned cannot be fair and impartial in light of familiarity with husband's hip replacement. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 20th day of September 2011.

BY THE COURT:

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge